IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAMP DOUGLAS RESCUE, INC.,

        Plaintiff,

v.

JONI KLINGE-WEST,

        Defendant.

ORDER

17-cv-358-wmc

The court previously questioned whether this dispute presents an actual case or controversy satisfying the jurisdictional elements of Article III, Section II of the Constitution. (5/16/17 Order (dkt. #4).) In response, plaintiff Camp Douglas Rescue, Inc., submitted a brief explaining its position. In particular, plaintiff directs the court to caselaw holding that: (1) absent approval from this court, the parties' settlement of defendant Joni Klinge-West's Fair Labor Standards Act claims could be void and unenforceable; and (2) such approval is required even in settlements of individual claims for the parties' dispute to be fully resolved. (Pl.'s Resp. (dkt. #5).) The court, therefore, is satisfied that it has subject matter jurisdiction over the narrow, remaining matter of review of the settlement under the FLSA.

Accordingly, the parties should promptly proceed with the process contemplated in paragraph 1 of the proposed settlement agreement. (Dkt. #2-3.)

Entered this 8th day of June, 2017.

        BY THE COURT:

        /s/

        _____
        WILLIAM M. CONLEY
        District Judge